**Opinion issued July 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00419-CV

————————————

## IN RE ALDEGONDIS J. STEVENS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On April 21, 2026, Relator Aldegondis J. Stevens filed a petition for writ of mandamus challenging (1) the trial court's October 3, 2023 order holding her in contempt for violating a temporary injunction order, and (2) the portion of the April 2, 2026 final judgment ordering Relator to withdraw certain restrictive covenants placed on the property at issue in the underlying case.[1] In conjunction with the

---

[1] The underlying case is *Aldegondis J. Stevens v. Jacoba M. Buitendijk-Slik and Brights Star Stables, LLC*, cause number 22-DCV-297792, in the 458th District

petition, Relator filed a motion requesting that our Court stay (1) the October 3, 2023 contempt order and (2) the portion of the April 2, 2026 final judgment ordering Relator to withdraw the restrictive covenants. We deny the petition. The motion to stay pending our review is dismissed as moot.

## PER CURIAM

Panel consists of Justices Gunn, Caughey, and Morgan.

---

Court of Fort Bend County, Texas, the Honorable Maggie Perez-Jaramillo presiding.

Relator's related appeal from the final judgment is pending in our Court as *Aldegondis J. Stevens and CS Ranch Partners, LLC v. Jacoba M. Buitendijk-Slik and Bright Star Stables, LLC*, No. 01-25-01055-CV.